```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 02426
    JASON ANTHONY JOHNSON
    MARY F HURT-JOHNSON                         CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-4148     SSN XXX-XX-0932


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/04/08 .

    2.  The case was dismissed without confirmation, 07/18/2008.

    3.  The Debtor paid a total of $    2592.89 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | 2442.50 |
| UNITED RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| ASSET RECOVERY GROUP | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PENN CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| MKM ACQUISITIONS | UNSECURED | NOT FILED | .00 | .00 |
| ATLANTIC CREDIT & FINANC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | ADMINISTRATIV | 1242.36 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | PRIORITY | NOT FILED | .00 | .00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 1242.36 | .00 | .00 | 1242.36 |
| PRINCIPAL PAID | 2442.50 | .00 | .00 | .00 | 2442.50 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2442.50 | .00 | .00 | .00 | 2442.50 |

The Debtor's attorney, JAMES L EBERSOHL          , was allowed $       .00
and was paid $       .00 .

The Trustee received $     150.39 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/13/08                       /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE










                                PAGE   2
        CASE NO. 08 B 02426 JASON ANTHONY JOHNSON & MARY F HURT-JOHNSON